## JACKSON *v.* WARDEN OF MARYLAND HOUSE OF CORRECTION

[P. C. No. 12, September Term, 1958.]

*Decided April 14, 1959.*

Before BRUNE, C. J., and HENDERSON, HAMMOND, PRESCOTT and HORNEY, JJ.

PER CURIAM.

The application for leave to appeal under the Post Conviction Procedure Act having become moot by reason of the applicant's release from confinement, it must be dismissed.

*Application dismissed.*